Edward F. Mitchell (State Bar No. 135557)
LAW OFFICES OF EDWARD F. MITCHELL
1750 Montgomery Street
San Francisco, California 94111
Telephone: (415) 265-4220
Facsimile: (415) 449-3562
E-mail: EFMLawSF@juno.com

Attorneys for Plaintiffs ALAN J. WATSON
and CASH FLOW FINANCIAL, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALAN J. WATSON; CASH FLOW FINANCIAL, LLC, a Michigan limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE DIAMOND EXCAVATION, INC., a California corporation; WILLIAM V. ISON; OLATHE MINING COMPANY, INC., a Colorado corporation; SUNDIAL INVESTMENT GROUP, LLC, a Maryland limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. SACV 10-00459-DOC-(MLGx)<br><br>**PARTIAL FINAL JUDGMENT**<br><br>Action Filed: April 13, 2010<br>Trial Date: None |

Plaintiffs ALAN J. WATSON and CASH FLOW FINANCIAL, LLC ("Plaintiffs") and BLUE DIAMOND EXCAVATION, INC., WILLIAM V. ISON and OLATHE MINING COMPANY, INC. ("Settling Defendants"), by their attorneys of record, having presented for judicial approval the Stipulation for Consent to Entry of Partial Final Judgment, and the Court having satisfied itself as to the fairness, adequacy, and propriety of the proposed Partial Final Judgment, and finding no just reason for delay,

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the attached Stipulation |
| 2 | for Consent to Entry of Partial Final Judgment is the judgment of this Court. |

Dated: September 15, 2010

_____
UNITED STATES DISTRICT COURT JUDGE